11:32 AM
12/24/13
Accrual Basis

# KRAZE BURGERS #01
## Balance Sheet
### As of June 30, 2013

|  | Jun 30, 13 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash in hand | 1,000.00 |
| M&T Business Checking 8920 | 2,295.79 |
| M&T Cash Deposit | 1,042.70 |
| M&T Savings | 25.00 |
| TD Operating | 5,070.76 |
| TD Petty Cash | 52.47 |
| **Total Checking/Savings** | 9,486.72 |
| **Accounts Receivable** | |
| Accounts Receivable | 153.05 |
| **Total Accounts Receivable** | 153.05 |
| **Other Current Assets** | |
| Deposit in Transit | 4,528.33 |
| **Food Inventory** | |
| Bakery | 2,360.57 |
| Coastal Sunbelt | 8,061.76 |
| Coca Cola | 1,503.26 |
| Fells Point (Chicken) | 2,825.11 |
| Maryland Quality Meat | 8,937.09 |
| Pregel | 300.00 |
| Shurfire Distributors | 1,794.48 |
| Sysco | 16,073.18 |
| US. Foods | 9,809.28 |
| Food Inventory - Other | -49,664.73 |
| **Total Food Inventory** | 2,000.00 |
| Loans To Business | 10,500.00 |
| Other Receivable | 1,365.30 |
| **Packaging Inventory** | |
| ACME | 5,252.88 |
| Earth-Centric | 676.60 |
| Packaging Inventory - Other | -5,929.48 |
| **Total Packaging Inventory** | 0.00 |
| **Total Other Current Assets** | 18,393.63 |
| **Total Current Assets** | 28,033.40 |
| **Fixed Assets** | |
| F&E - Accum. Depre. | -9,405.00 |
| Furniture & Equipment etc. | 124,884.84 |
| Leasehold Improvement | 438,712.31 |
| LHI - Accum. Depre. | -5,260.00 |
| **Total Fixed Assets** | 548,932.15 |
| **Other Assets** | |
| Security Deposits Asset | 119,550.50 |
| Utility Deposit | 1,165.00 |
| **Total Other Assets** | 120,715.50 |
| **TOTAL ASSETS** | **697,681.05** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 109,021.85 |
| **Total Accounts Payable** | 109,021.85 |

11:32 AM
12/24/13
Accrual Basis

# KRAZE BURGERS #01
## Balance Sheet
### As of June 30, 2013

|  | Jun 30, 13 |
|---|---:|
| **Other Current Liabilities** | |
| Loan payable | |
|    Kraze Lansdowne | 2,200.00 |
|    Kraze, Inc. | -5,963.46 |
|    MacDowell & Associates, P.C. | 7,500.00 |
|    Loan payable - Other | 210,446.18 |
| **Total Loan payable** | 214,182.72 |
| M&T Credit Card | 1,638.50 |
| Other Payable | -44,696.67 |
| Payroll tax payable | -14,573.97 |
| Sales Tax Payable | 18,330.29 |
| **Total Other Current Liabilities** | 174,880.87 |
| **Total Current Liabilities** | 283,902.72 |
| **Total Liabilities** | 283,902.72 |
| **Equity** | |
|   Member 1 Equity | 430,000.00 |
|   Member 2 Equity | 411,563.70 |
|   Retained Earnings | -349,303.11 |
|   Net Income | -78,482.26 |
| **Total Equity** | 413,778.33 |
| **TOTAL LIABILITIES & EQUITY** | 697,681.05 |