11:35 AM
12/24/13

# KRAZE BURGERS #01
## Statement of Cash Flows
### January 2012 through June 2013

|  | Jan '12 - Jun 13 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -265,185.20 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Accounts Receivable | -153.05 |
| CC sales receivables | 5,163.11 |
| Deposit in Transit | -2,556.97 |
| Food Inventory | 49,664.73 |
| Food Inventory:Bakery | -1,390.57 |
| Food Inventory:Coastal Sunbelt | -7,322.54 |
| Food Inventory:Coca Cola | -609.79 |
| Food Inventory:Fells Point (Chicken) | -2,825.11 |
| Food Inventory:Maryland Quality Meat | -8,193.19 |
| Food Inventory:Pregel | -300.00 |
| Food Inventory:Shurfire Distributors | -1,442.59 |
| Food Inventory:Sysco | -12,764.62 |
| Food Inventory:US. Foods | -9,809.28 |
| Loans To Business | -10,500.00 |
| Other Receivable | -1,356.59 |
| Packaging Inventory | 5,929.48 |
| Packaging Inventory:ACME | -5,252.88 |
| Packaging Inventory:Earth-Centric | -676.60 |
| Accounts Payable | 75,846.77 |
| Loan payable | 202,382.27 |
| Loan payable:Kraze Lansdowne | 2,200.00 |
| Loan payable:Kraze, Inc. | -5,963.46 |
| Loan payable:MacDowell & Associates, P.C. | 7,500.00 |
| M&T Credit Card | 1,638.50 |
| Other Payable | -55,015.12 |
| Payroll tax payable | -14,781.25 |
| Sales Tax Payable | 14,858.70 |
| **Net cash provided by Operating Activities** | **-40,915.25** |
| **INVESTING ACTIVITIES** | |
| Leasehold Improvement | -60,000.00 |
| Security Deposits Asset | -595.00 |
| **Net cash provided by Investing Activities** | **-60,595.00** |
| **FINANCING ACTIVITIES** | |
| Member 1 Equity | 60,000.00 |
| Member 2 Equity | 48,292.00 |
| **Net cash provided by Financing Activities** | **108,292.00** |
| **Net cash increase for period** | **6,781.75** |
| **Cash at beginning of period** | **2,704.97** |
| **Cash at end of period** | **9,486.72** |