11:29 AM
12/24/13
Accrual Basis

# KRAZE BURGERS #01
## Profit & Loss
### January 2012 through June 2013

|  | Jan '12 - Jun 13 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Food Sales** | |
| Burger Toppings | 48,758.65 |
| Burgers | 692,975.74 |
| Combo | 47,067.25 |
| Drinks | 87,138.80 |
| Frozen Yogurt | 19,083.55 |
| Patries | 2,429.07 |
| Plastic Bag charge | 331.15 |
| Salads | 24,319.55 |
| Sandwiches | 27,170.70 |
| Shakes | 20,047.50 |
| Sides | 128,023.65 |
| **Total Food Sales** | 1,097,345.61 |
| Greenlight Biofuel | 65.00 |
| Sales Discount | -20,850.85 |
| **Total Income** | 1,076,559.76 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| Food Purchases | 175,440.16 |
| Restaurant Supplies | 9,495.95 |
| Cost of Goods Sold - Other | 278,026.50 |
| **Total Cost of Goods Sold** | 462,962.61 |
| **Total COGS** | 462,962.61 |
| **Gross Profit** | 613,597.15 |
| **Expense** | |
| Advertising and Promotion | 6,090.41 |
| Bank Service Charges | 6,946.23 |
| Business Licenses and Permits | 77.00 |
| Cash Over and Short | 679.16 |
| Computer and Internet Expenses | 39.76 |
| Donation | 1,900.00 |
| Employee Benefits | 1,246.66 |
| Equipment & Restaurant Supplies | 3,992.12 |
| **Insurance Expense** | |
| General Liability Insurance | 3,327.34 |
| Worker's Compensation | 10,086.36 |
| Insurance Expense - Other | 6.00 |
| **Total Insurance Expense** | 13,419.70 |
| Interest Expense | 445.00 |
| Laundry Service | 5,536.89 |
| MD tax | 3,077.81 |
| Meals and Entertainment | 371.03 |
| Merchant Service Fees | 25,095.10 |
| Music and Entertainment | 127.17 |
| Office expense | 1,447.35 |
| Outside Services | 27,510.36 |
| **Payroll Expenses** | |
| Payroll Fees | 1,801.61 |
| Taxes | 38,563.30 |
| Wages | 116,171.38 |
| Payroll Expenses - Other | 253,312.72 |
| **Total Payroll Expenses** | 409,849.01 |

11:29 AM
12/24/13
Accrual Basis

# KRAZE BURGERS #01
## Profit & Loss
### January 2012 through June 2013

|  | Jan '12 - Jun 13 |
|---|---:|
| Penalties - Taxes | 628.66 |
| Permits & Licenses | 2,582.50 |
| Pest Control | 2,413.55 |
| POS System | 7,174.25 |
| Professional Fees | 2,594.77 |
| Reconciliation Discrepancies | 1,188.21 |
| Rent Expense | 211,821.81 |
| Repairs and Maintenance | 11,337.81 |
| Restaurant Supplies | 85.50 |
| Royalty | 48,424.43 |
| Security Service | 791.82 |
| T- shirts | 467.35 |
| Taxes | |
|    Sales Tax | 14,602.73 |
|    Taxes - Other | 35,740.48 |
| Total Taxes | 50,343.21 |
| Telephone/Internet | 4,768.92 |
| Trash | 7,458.73 |
| Travel Expense | |
|    Parking | 1,462.00 |
| Total Travel Expense | 1,462.00 |
| Utilities | |
|    Electricity | 30,418.31 |
|    Gas | 14,581.21 |
|    Water | 5,704.37 |
| Total Utilities | 50,703.89 |
| **Total Expense** | 912,098.17 |
| **Net Ordinary Income** | -298,501.02 |
| Other Income/Expense | |
|   Other Income | |
|     Other Income | 32,734.87 |
|     Sales Tax Discount | 580.95 |
|   Total Other Income | 33,315.82 |
| **Net Other Income** | 33,315.82 |
| **Net Income** | **-265,185.20** |