## United States Bankruptcy Court
Eastern District of Virginia – Alexandria Division

In re: <u>Kraze Bethesda, LLC</u>         Case No. <u>13-15602-BFK</u>
           Debtor

Chapter: <u>11</u>

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 case:

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kraze Burger, Inc.<br>4031 University Drive, Suite 550<br>Fairfax, VA 22030 | | 50,000 LLC Units | |
| Lim's Burgers, LLC<br>6004 Georgetown Court<br>Clarksville, MD 21029 | | 50,000 LLC Units | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: <u>12/31/2013</u>        Signature: <u>/s/ Richard F. MacDowell, Jr.</u>
                                                   Richard F. MacDowell, Jr.
                                                   President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and 3571.